Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

John P. PERAZZO, Appellant

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

**No. 2 MAP 2012.**

Supreme Court of Pennsylvania.

Jan. 30, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of January, 2013, the above captioned appeal is quashed for failure to file a brief.

Ricky TEJADA, Petitioner

v.

**COURT OF COMMON PLEAS OF FOREST COUNTY AT NO. 84–2012, Respondent.**

Supreme Court of Pennsylvania.

Feb. 5, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of February, 2013, the Petition for Allowance of Appeal and the Applications for Relief are **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael PISKANIN, Jr., Petitioner.**

Supreme Court of Pennsylvania.

Feb. 5, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of February, 2013, the Petition for Allowance of Appeal, the Application for Bail and the Application for Relief are **DENIED.**